PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

## Petition for Warrant or Summons for Person under Supervision

Name of Person Under Supervision:  Rene Enrique Zendejas   Case Number:   0868 3:06CR00132

Name of Sentencing Judicial Officer:   Peter D. Welte, U.S. Chief District Judge

Date of Original Sentence:  April 30, 2012

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute a Controlled Substance<br>Use of a Firearm During a Drug Trafficking Crime<br>Possession of Firearms by a Convicted Felon<br>Possession with Intent to Distribute a Controlled Substance<br>Possession of Firearms by a Convicted Felon<br>Witness Tampering<br>Money Laundering Conspiracy to Conceal and Disguise Nature, Location, Ownership and Control of Proceeds of Specified Unlawful Activities |
| Original Sentence: | Revoked: 11/19/2024 - Time served and 3 years TSR |

| | | | |
|---|---|---|---|
| Type of Supervision: TSR | | Date Supervision Commenced:  11/19/2024 | |

Asst. U.S. Attorney: Megan Healy          Defense Attorney: Rhiannon Gorham

## PETITIONING THE COURT

☒  To issue a warrant

☐  To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

Violation No.       Nature of Noncompliance

   1:           **On March 18, 2025, U.S. Probation was informed the defendant absconded from Adult and Teen Challenge was unsuccessfully terminated from their program.** This is in violation of his revocation special condition, which states the defendant must

PROB 12C
(Rev. 2/13)
Zendejas, Rene
0868 3:06CR00132

participate and successfully complete the Adult and Teen Challenge Program and follow any aftercare recommendations.

**2:** **On March 19, 2025, the defendant informed this officer he was residing at an unapproved residence.** This is in violation of standard condition #6, which states the defendant must report any change in residence.

U.S. Probation Officer Recommendation: It is respectfully recommended that a warrant be issued so the defendant can appear before the Court to address the alleged violations.

☒ The term of supervision should be:

　　☒ Revoked.

　　☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>March 19, 2025</u>

/s/ Brittany Neu
U.S. Probation Officer

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

*Peter D. Welte*
Signature of Judicial Officer

March 19, 2025
Date